**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

In re:   **Curtis N. Symonds    Patricia M. Symonds**                      Case No. **10-14401**
                            **Debtors**
                                                                          Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **3** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.


Dated:  **6/21/2010**                              Signed: **s/ Curtis N. Symonds**
                                                            **Curtis N. Symonds**


Dated:  **6/21/2010**                              Signed: **s/ Patricia M. Symonds**
                                                            **Patricia M. Symonds**

Curtis N. Symonds
6216 Kilcullen Drive
McLean, VA 22101

Janet M. Meiburger, Esq.
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101

Hoop Magic, LLC
c/o Patricia Symonds
6216 Kilcullen Drive
McLean, VA 22101

Patricia, LLC
c/o Patricia Symonds
6216 Kilcullen Drive
McLean, VA 22101

AAA Trash Removal
PO Box 9001099
Louisville, KY 40290-1099

Access National Bank
1800 Robert Fulton Drive
Suite 310
Reston, VA 20191

BB&T
PO Box 580044
Charlotte, NC 28258-0044

BB&T Financial, FSB
PO Box 580435
Charlotte, NC 28258-0435

Business Finance Group
3930 Pender Drive, Suite 300
Fairfax, VA 22030

City of Falls Church
Utilities, Customer Service Divisio
300 Park Avenue, Suite 100E
Falls Church, VA 22046

Cox Communication
PO Box 2000
Herndon, VA 20171-3221

Department of Taxation
Legal Unit - POB 2156
Richmond, VA 23218

DirectTV
PO Box 11732
Newark, NJ 07101-4732

Dominion Power
Po Box 26543
Richmond, VA 23290

Fairfax County Circuit Court
4110 Chain Bridge Road
Fairfax, VA 22030

Fairfax County Dept. of Taxation
Delinquent Accounts
12000 Government Center Pkwy
Suite 223
Fairfax, VA 22035

Internal Revenue Service
Insolvency Unit
400 N. 8th Street Box 76
Richmond, VA 23240

Nordstrom
Nordstrom Bank
PO Box 79137
Phoenix, AZ 85062

Orkin
Pest Control
PO Box 3349
Fairfax, Virginia 22101

Simon Lozano
913 West Church Road
Sterling, VA 20164

SKO Brenner American
40 Daniel Street
PO Box 230
Farmingdale, NY 11735-0230

Stanley Security
55 Shuman Blvd, Suite 900
Naperville, IL 60563

Verizon
PO Box 660720
Dallas, Texas 75266-0720

Washington Gas
PO Box 37747
Philadelphia, PA 19101-5407