B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court

## Eastern District of Virginia

## ALEXANDRIA DIVISION

In re  **Curtis N. Symonds    Patricia M. Symonds**                    ,
Debtors

Case No.  **10-14401**

Chapter  **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $        0.00 | | |
| B - Personal Property | YES | 5 | $    1,631,288.23 | | |
| C - Property Claimed as Exempt | YES | 3 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $        511.25 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $      2,274.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $    5,328,065.91 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $      2,770.50 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $      2,573.00 |
| TOTAL | | 21 | $    1,631,288.23 | $    5,330,851.16 | |

**B6A (Official Form 6A) (12/07)**

In re:  **Curtis N. Symonds    Patricia M. Symonds**                                        Case No.  **10-14401**

                                **Debtors**                                                                                          **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | Total ➤ | 0.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Curtis N. Symonds    Patricia M. Symonds**_____,          Case No.  **10-14401**_____
          **Debtors**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | | J | 0.00 |
| Cash on hand | | | J | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BB&T Money Market -6038** | J | 1,374.67 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BB&T Savings -0353** | J | 270.98 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BB&T Savings -9265** | J | 288.79 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Charles Schwab**<br>**Curtis N. Symonds Trust** | J | 1.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **PNC Bank**<br>**Interest checking -2418** | J | 26,538.52 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Computer and Office Items - Computer, Desks, Filing Cabinets, Printers** | J | 250.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Deck Items - cedar table/chairs, sofa, small tables, grill, plant box** | | 100.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Dining Room Items - console, table/chairs, lamps, candle stands, drapes, picture, silverware, dishware, vase(s)** | | 400.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Family Room Items - lamps, sofa, love seat, cocktail table, small tables, tv, dvd player, speakers, DVD's** | | 500.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Foyer Items - console table, lamps, mirror, silk plant** | | 200.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Curtis N. Symonds    Patricia M. Symonds**                                          ,      Case No.  **10-14401**
                    Debtors                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Guest Bedroom Items - Bed, Night stands, lounge chair, small mirror, chest of drawers, drapes, comfort set, rugs, silk plants** | J | 400.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Kitchen Items - toaster, pots and pans, glasses, silverware, roaster, wine, dishware, barstools, butcher knives, mixer** | J | 400.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Living Room Items - 2 sofas,  cocktail table, silk plant, console tables, drapes, 2 silk trees, pillows, pictures, figurines** | J | 500.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Maintenance Items - screwdrivers, hammers, drills, flash lights, face mask, saws, lawn mower, seeder, extension cords, hot glue gun, mops, brooms, dust pans, generator, 3 ladders, weed eater, 3 shovels, power washer** | J | 472.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Master Bed Room Items - Bed, Cabinets, Couch/Chair, Lamps** | J | 525.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous - jewelry boxes, chairs, telephones, tables, rugs, tiger chairs, elephant table, glass bowls, glass fixture, CD player, cd's** | J | 500.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Music/Reading Room Items- Wooden sculptures, silk plants,  vase, bowls** | J | 100.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Patio Items - tables/chairs, ice/wine stand, plant boxes, umbrella.** | J | 75.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Powder Room Items - pictures, tissue box, lotion holder, napkin holder, vase** | J | 5.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Refrigerator, freezer, washer, dryer, 1 old refrigerator** | J | 100.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Theater Room Items - Projector, television, screen, dvd player, amplifier** | J | 200.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Family Portraits** | J | 100.00 |
| Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Paintings, pictures** | J | 1,000.00 |
| 6. Wearing apparel. | | **Men's Clothing - Suits, Shirts, T-shirts, Dress shoes, Dress pants, Gym shoes, Belts, Baseball hats, Sweaters, Golf shirts, Golf shoes, jackets, sports shirts** | J | 500.00 |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   **Curtis N. Symonds    Patricia M. Symonds** _____ ,          Case No.  **10-14401** _____

_____ **Debtors**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6. Wearing apparel. | | **Women's Clothing - Tennis shoes, shirts, skirts, tennis clothes, dress shoes, dress suits, pant suits, pants, sweaters, boots** | J | 300.00 |
| 7. Furs and jewelry. | | **Men's Rolex watch and miscellaneous other men's wristwatches** | H | 1,000.00 |
| Furs and jewelry. | | **Woman's engagement ring** | W | 10,000.00 |
| Furs and jewelry. | | **Woman's wedding band** | W | 4,800.00 |
| Furs and jewelry. | | **Women's Jewelry - bracelets, necklaces, earrings, diamond necklace, diamond earrings, diamond watch** | W | 2,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Golf balls, tennis rackets,2 bicycles, exercise bike, free weights, treadmill, golf clubs, ping pong table, pool table** | W | 700.00 |
| Firearms and sports, photographic, and other hobby equipment. | | **Men's nike gym shoe collection (unworn)** | H | 1,000.00 |
| Firearms and sports, photographic, and other hobby equipment. | | **Sports memorabilia collection** | H | 500.00 |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | **State Farm Auto Insurance** | J | 1.00 |
| Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | **State Farm Flood Insurance** | J | 1.00 |
| Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | **State Farm Homeowners Insurance** | J | 1.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | | **Hoop Magic, LLC 100% Ownership** | J | 1.00 |
| Interests in partnerships or joint ventures.  Itemize. | | **Patricia, LLC 100% Ownership** | J | 1.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Curtis N. Symonds    Patricia M. Symonds**                                          ,                    Case No.  **10-14401**
                                                    **Debtors**                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures.  Itemize. | | **Symonds Synergy LLC 100% Ownership** | H | **1.00** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Loan to Patricia, LLC** | J | **90,000.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | **Claim against Access National Bank to set aside foreclosure on home** | J | **1,400,000.00** |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Lexus RX 300 JTJHF10U710173622** | W | **500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Porsche 911 Turbo WP0AB29941S68576** | H | **14,535.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Lexus SC 430 JTHFN48Y020031912** | W | **12,425.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Mercedes CL 500 WDBPJ75J33A038308** | W | **12,055.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **Curtis N. Symonds    Patricia M. Symonds** _____,    Case No.  **10-14401** _____

**Debtors**    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Pet Dog** | J | **10.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Luggage** | J | **200.00** |
| Other personal property of any kind not already listed. Itemize. | | **Uncashed check issued by State Farm Insurance to reimburse for storm damage to house at 6216 Kilcullen Drive check was issued to Wells Fargo, Access National Bank and the Debtors** | J | **46,027.40** |
| Other personal property of any kind not already listed. Itemize. | | **Uncashed Check MorganStanley SmithBarney** | H | **199.85** |

__4__ continuation sheets attached

Total    >    **$1,631,288.23**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **Curtis N. Symonds    Patricia M. Symonds**          Case No. **10-14401**

_____,        _____
                        Debtors                                      (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2001 Porsche 911 Turbo WP0AB29941S68576 | CV § 34-26(8) | 2,000.00 | 14,535.00 |
| 2002 Lexus SC 430 JTHFN48Y020031912 | CV § 34-26(8) | 2,000.00 | 12,425.00 |
| BB&T Money Market -6038 | CV § 34-4 | 1,374.67 | 1,374.67 |
| BB&T Savings -0353 | CV § 34-4 | 270.98 | 270.98 |
| BB&T Savings -9265 | CV § 34-4 | 288.79 | 288.79 |
| Charles Schwab Curtis N. Symonds Trust | CV § 34-4 | 1.00 | 1.00 |
| Computer and Office Items - Computer, Desks, Filing Cabinets, Printers | CV § 34-26(4a) | 250.00 | 250.00 |
| Deck Items - cedar table/chairs, sofa, small tables, grill, plant box | CV § 34-26(4a) | 100.00 | 100.00 |
| Dining Room Items - console, table/chairs, lamps, candle stands, drapes, picture, silverware, dishware, vase(s) | CV § 34-26(4a) | 400.00 | 400.00 |
| Family Portraits | CV § 34-26(2) | 100.00 | 100.00 |
| Family Room Items - lamps, sofa, love seat, cocktail table, small tables, tv, dvd player, speakers, DVD's | CV § 34-26(4a) | 500.00 | 500.00 |
| Foyer Items - console table, lamps, mirror, silk plant | CV § 34-26(4a) | 200.00 | 200.00 |
| Golf balls, tennis rackets,2 bicycles, exercise bike, free weights, treadmill, golf clubs, ping pong table, pool table | CV § 34-26(4a) | 700.00 | 700.00 |
| Guest Bedroom Items - Bed, Night stands, lounge chair, small mirror, chest of drawers, drapes, comfort set, rugs, silk plants | CV § 34-26(4a) | 400.00 | 400.00 |
| Hoop Magic, LLC 100% Ownership | CV § 34-4 | 1.00 | 1.00 |

B6C (Official Form 6C) (4/10) - Cont.

In re  **Curtis N. Symonds   Patricia M. Symonds**                              ,        Case No.   **10-14401**
                                        Debtors                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Kitchen Items - toaster, pots and pans, glasses, silverware, roaster, wine, dishware, barstools, butcher knives, mixer** | CV § 34-26(4a) | 400.00 | 400.00 |
| **Living Room Items - 2 sofas, cocktail table, silk plant, console tables, drapes, 2 silk trees, pillows, pictures, figurines** | CV § 34-26(4a) | 500.00 | 500.00 |
| **Luggage** | CV § 34-26(4a) | 200.00 | 200.00 |
| **Maintenance Items - screwdrivers, hammers, drills, flash lights, face mask, saws, lawn mower, seeder, extension cords, hot glue gun, mops, brooms, dust pans, generator, 3 ladders, weed eater, 3 shovels, power washer** | CV § 34-26(4a) | 472.00 | 472.00 |
| **Master Bed Room Items - Bed, Cabinets, Couch/Chair, Lamps** | CV § 34-26(4a) | 525.00 | 525.00 |
| **Men's Clothing - Suits, Shirts, T-shirts, Dress shoes, Dress pants, Gym shoes, Belts, Baseball hats, Sweaters, Golf shirts, Golf shoes, jackets, sports shirts** | CV § 34-26(4) | 500.00 | 500.00 |
| **Men's nike gym shoe collection (unworn)** | CV § 34-26(4a) | 1,000.00 | 1,000.00 |
| **Men's Rolex watch and miscellaneous other men's wristwatches** | CV § 34-26(4) | 500.00 | 1,000.00 |
| **Miscellaneous - jewelry boxes, chairs, telephones, tables, rugs, tiger chairs, elephant table, glass bowls, glass fixture, CD player, cd's** | CV § 34-26(4a) | 500.00 | 500.00 |
| **Music/Reading Room Items- Wooden sculptures, silk plants,  vase, bowls** | CV § 34-26(4a) | 100.00 | 100.00 |
| **Paintings, pictures** | CV § 34-26(4a) | 1,000.00 | 1,000.00 |
| **Patio Items - tables/chairs, ice/wine stand, plant boxes, umbrella.** | CV § 34-26(4a) | 75.00 | 75.00 |
| **Patricia, LLC 100% Ownership** | CV § 34-4 | 1.00 | 1.00 |

**B6C (Official Form 6C) (4/10) - Cont.**

In re   **Curtis N. Symonds   Patricia M. Symonds**                     Case No.   __10-14401__
_____                              (If known)
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Pet Dog** | **CV § 34-26(5)** | 1.00 | 10.00 |
| **PNC Bank Interest checking -2418** | **CV § 34-4** | 8,061.00 | 26,538.52 |
| **Powder Room Items - pictures, tissue box, lotion holder, napkin holder, vase** | CV § 34-26(4a) | 5.00 | 5.00 |
| **Refrigerator, freezer, washer, dryer, 1 old refrigerator** | CV § 34-26(4a) | 100.00 | 100.00 |
| **Sports memorabilia collection** | CV § 34-26(4a) | 500.00 | 500.00 |
| **Symonds Synergy LLC 100% Ownership** | **CV § 34-4** | 1.00 | 1.00 |
| **Theater Room Items - Projector, television, screen, dvd player, amplifier** | CV § 34-26(4a) | 200.00 | 200.00 |
| **Woman's engagement ring** | **CV § 34-26(1a)** | 10,000.00 | 10,000.00 |
| **Woman's wedding band** | **CV § 34-26(1a)** | 4,800.00 | 4,800.00 |
| **Women's Clothing - Tennis shoes, shirts, skirts, tennis clothes, dress shoes, dress suits, pant suits, pants, sweaters, boots** | CV § 34-26(4) | 300.00 | 300.00 |
| **Women's Jewelry - bracelets, necklaces, earrings, diamond necklace, diamond earrings, diamond watch** | CV § 34-26(4) | 700.00 | 2,500.00 |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re  **Curtis N. Symonds   Patricia M. Symonds**                    .        Case No.  **10-14401**

                                                          **Debtors**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  -5918 | | W | | | | | 511.25 | 0.00 |
| **BB&T**<br>**PO Box 580044**<br>**Charlotte, NC 28258-0044** | | | **Non-Purchase Money Security Agreement**<br>**Money Market & Savings Account**<br><br>**VALUE $1,645.65** | | | | | |

<u>0</u>    continuation sheets attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $     511.25 | $          0.00 |
| $     511.25 | $          0.00 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re   **Curtis N. Symonds   Patricia M. Symonds**                              Case No.   <u>**10-14401**</u>
                                           Debtors                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑    **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  continuation sheets attached

**B6E (Official Form 6E) (4/10) – Cont.**

In re   **Curtis N. Symonds   Patricia M. Symonds** _____,   Case No.   <u>**10-14401**</u>
                                    Debtors                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Department of Taxation**<br>**Legal Unit - POB 2156**<br>**Richmond, VA 23218** | | | **Notice Purposes Only** | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br><br>**Fairfax County Dept. of Taxation**<br>**Delinquent Accounts**<br>**12000 Government Center Pkwy**<br>**Suite 223**<br>**Fairfax, VA 22035** | | | **Notice Purposes Only** | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br><br>**Internal Revenue Service**<br>**Insolvency Unit**<br>**400 N. 8th Street Box 76**<br>**Richmond, VA 23240** | | **J** | **2008 Income Tax** | | | | **2,274.00** | **2,274.00** | **$0.00** |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)    $ **2,274.00**   $ **2,274.00**   $ **0.00**

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ **2,274.00**

Total ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )    $ **2,274.00**   $ **0.00**

B6F (Official Form 6F) (12/07)

In re  **Curtis N. Symonds    Patricia M. Symonds**                              Case No. **10-14401**
_____
Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **AAA Trash Removal** <br> PO Box 9001099 <br> Louisville, KY 40290-1099 | | J | Trash removal service | | | | 1.00 |
| ACCOUNT NO. **-8559** <br><br> **Access National Bank** <br> 1800 Robert Fulton Drive <br> Suite 310 <br> Reston, VA 20191 | X | J | Business Loans | X | | | 4,065,000.00 |
| ACCOUNT NO. **-4045** <br><br> **BB&T Financial, FSB** <br> PO Box 580435 <br> Charlotte, NC 28258-0435 | | J | Credit Card | | | | 7,502.07 |
| ACCOUNT NO. <br><br> **Business Finance Group** <br> 3930 Pender Drive, Suite 300 <br> Fairfax, VA 22030 | X | J | Business SBA Loan | X | | | 1,200,000.00 |
| ACCOUNT NO. <br><br> **City of Falls Church** <br> Utilities, Customer Service Divisio <br> 300 Park Avenue, Suite 100E <br> Falls Church, VA 22046 | | J | Water Utility | | | | 1,089.74 |

3   Continuation sheets attached

Subtotal ➤ $    **5,273,592.81**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Curtis N. Symonds   Patricia M. Symonds** _____     Case No. **10-14401** _____
                                    **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cox Communication<br>PO Box 2000<br>Herndon, VA 20171-3221** | | J | Internet | | | | 1.00 |
| ACCOUNT NO.<br>**DirectTV<br>PO Box 11732<br>Newark, NJ 07101-4732** | | J | TV Service | | | | 167.45 |
| ACCOUNT NO.    **-4738**<br>**Dominion Power<br>Po Box 26543<br>Richmond, VA 23290** | | J | Electricity | | | | 1.00 |
| ACCOUNT NO.<br>**Fairfax County Circuit Court<br>4110 Chain Bridge Road<br>Fairfax, VA 22030** | | W | Traffic Tickets | | | | 2,000.00 |
| ACCOUNT NO.    **-5082**<br>**Nordstrom<br>Nordstrom Bank<br>PO Box 79137<br>Phoenix, AZ 85062** | | J | Credit Card | | | | 4,570.65 |

Sheet no. _1_ of _3_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ＞ $ **6,740.10**

Total ＞ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Curtis N. Symonds    Patricia M. Symonds**                          Case No. **10-14401**
                                    Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Orkin** <br> **Pest Control** <br> **PO Box 3349** <br> **Fairfax, Virginia 22101** | | J | **Pest Control Services** | | | | 1.00 |
| ACCOUNT NO. <br><br> **Simon Lozano** <br> **913 West Church Road** <br> **Sterling, VA 20164** | | J | **Storm Damage Repair** | | | | 47,350.00 |
| ACCOUNT NO.   **-1329** <br><br> **SKO Brenner American** <br> **40 Daniel Street** <br> **PO Box 230** <br> **Farmingdale, NY 11735-0230** | | J | **Beauty Products** | | | | 100.00 |
| ACCOUNT NO.   **-1028** <br><br> **Stanley Security** <br> **55 Shuman Blvd, Suite 900** <br> **Naperville, IL 60563** | | J | **Alarm Service** | | | | 1.00 |
| ACCOUNT NO. <br><br> **Verizon** <br> **PO Box 660720** <br> **Dallas, Texas 75266-0720** | | J | **Telephone** | | | | 280.00 |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $   **47,732.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **Curtis N. Symonds    Patricia M. Symonds**        Case No. **10-14401**

                       **Debtors**                                                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **-0716** <br><br>**Washington Gas** <br>**PO Box 37747** <br>**Philadelphia, PA 19101-5407** |  | J | Gas Utility |  |  |  | 1.00 |

Sheet no. <u>3</u> of <u>3</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal  ➢ $ **1.00**

                                              Total  ➢ $ **5,328,065.91**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re:  **Curtis N. Symonds    Patricia M. Symonds** _____ ,    Case No. **10-14401** _____
                                                    **Debtors**                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re:  **Curtis N. Symonds    Patricia M. Symonds**                              .          Case No.   **10-14401**
                                   _____
                                    **Debtors**                                                                    **(If known)**

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Hoop Magic, LLC**<br>**c/o Patricia Symonds**<br>**6216 Kilcullen Drive**<br>**McLean, VA 22101**<br><br>**Patricia, LLC**<br>**c/o Patricia Symonds**<br>**6216 Kilcullen Drive**<br>**McLean, VA 22101** | **Access National Bank**<br>**1800 Robert Fulton Drive**<br>**Suite 310**<br>**Reston, VA 20191** |
| **Hoop Magic, LLC**<br>**c/o Patricia Symonds**<br>**6216 Kilcullen Drive**<br>**McLean, VA 22101**<br><br>**Patricia, LLC**<br>**c/o Patricia Symonds**<br>**6216 Kilcullen Drive**<br>**McLean, VA 22101** | **Business Finance Group**<br>**3930 Pender Drive, Suite 300**<br>**Fairfax, VA 22030** |

B6I (Official Form 6I) (12/07)

| In re | Curtis N. Symonds  Patricia M. Symonds | Case No. | 10-14401 |
|---|---|---|---|
| | Debtors | | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **Son** | AGE(S): **19** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Owner** | **Owner** |
| Name of Employer | **Hoop Magic, LLC** | **Hoop Magic, LLC** |
| How long employed | **5 Yrs** | **5 Yrs** |
| Address of Employer | **14810 Murdock St. Chantilly, VA 20151** | **14810 Murdock St. Chantilly, VA 20151** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 2,500.00 | $ 500.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ | 2,500.00 | $ 500.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | 191.25 | $ 38.25 |
| b. Insurance | $ | 0.00 | $ 0.00 |
| c. Union dues | $ | 0.00 | $ 0.00 |
| d. Other (Specify) | $ | 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 191.25 | $ 38.25 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,308.75 | $ 461.75 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ 0.00 |
| 8. Income from real property | $ | 0.00 | $ 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) | $ | 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,308.75 | $ 461.75 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 2,770.50 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**These figures assume that the Debtors begin to draw a salary from Hoop Magic, LLC.**

B6J (Official Form 6J) (12/07)

In re <u>Curtis N. Symonds Patricia M. Symonds</u>                         ,          Case No. __<u>10-14401</u>__
                    **Debtors**                                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of
      expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
|    a. Are real estate taxes included?   Yes _____   No ✓ | | |
|    b. Is property insurance included?   Yes _____   No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 700.00 |
|    b. Water and sewer | $ | 100.00 |
|    c. Telephone | $ | 150.00 |
|    d. Other **Trash** | $ | 110.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 75.00 |
| 4. Food | $ | 125.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 125.00 |
| 7. Medical and dental expenses | $ | 150.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 75.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 678.00 |
|    e. Other_____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **Vehicle personal property tax** | $ | 85.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 0.00 |
|    b. Other_____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other_____ | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)      $   **2,573.00**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|    a. Average monthly income from Line 15 of Schedule I | $ | 2,770.50 |
|    b. Average monthly expenses from Line 18 above | $ | 2,573.00 |
|    c. Monthly net income (a. minus b.) | $ | 197.50 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Curtis N. Symonds    Patricia M. Symonds**                                    Case No.  **10-14401**
                                              **Debtors**                                                                          **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of        **23**

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **6/21/2010**                                        Signature:  **s/ Curtis N. Symonds**
                                                                              **Curtis N. Symonds**
                                                                                        Debtor

Date:  **6/21/2010**                                        Signature:  **s/ Patricia M. Symonds**
                                                                              **Patricia M. Symonds**
                                                                                        (Joint Debtor, if any)

                                                              [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**

**Eastern District of Virginia**

**ALEXANDRIA DIVISION**

In re:  **Curtis N. Symonds    Patricia M. Symonds** _____,       Case No. **10-14401** _____

Debtors                                                                                      (If known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **10,000.00** | **Hoop Magic, LLC** | **2009** |
| **5,000.00** | **Hoop Magic, LLC** | **1/1/10-5/27/10** |

---

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **118,970.00** | **Interest/Dividends** | **2008** |
| **111,240.00** | **IRA Distributions** | **2008** |
| **125,000.00** | **Consulting** | **2008** |
| **100,000.00** | **Consulting** | **2009** |
| **50,000.00** | **Consulting** | **1/1/10-5/27/10** |

---

### 3. Payments to creditors

***Complete a. or b., as appropriate, and c.***

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

2

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **Davis, B G v. Patricia Maria Symonds** **GT10055914-00** | **Traffic Violation** | **Fairfax County General District Ct.** **4110 Chain Bridge Road** **Fairfax, VA 22030** | **Pending** |
| **Pierce, D L v. Patricia Symonds** **GT10106923-00** | **Traffic Violation** | **Fairfax County General District Ct.** **4110 Chain Bridge Road** **Fairfax, VA 22030** | **Pending** |
| **Acme Real Estate LLC vs. Curtis N. Symonds and Patricia M. Symonds** **GV10010887-00** | **Unlawful Detainer** | **Fairfax County General District Ct.** **4110 Chain Bridge Road** **Fairfax, VA 22030** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Access National Bank 1800 Robert Fulton Drive Suite 310 Reston, VA 20191** | 03/23/2010 | **6216 Kilcullen Drive McLean, VA 22101 $1,900,000.00** |
| **Access National Bank 1800 Robert Fulton Drive Suite 310 Reston, VA 20191** | 07/02/2009 | **Cash and stock sale proceeds  from MorganStanley Investment Account $801,268.88** |

## 6. Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

## 8. Losses

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **6216 KilCullen Drive McLean, VA 22101 $46,027.40** | **Damage to house during snowstorms; covered by insurance** | **12/01/2010** |

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Meiburger Law Firm 1493 Chain Bridge Road, Suite 201 McLean, VA 22101** | **5/6/10** | **$2,000.00 Retainer ($1,366.50 drawn down 5/17/10)** |
| **The Meiburger Law Firm 1493 Chain Bridge Road, Suite 201 McLean, Virginia 22101** | **5/26/10** | **$10,000.00 Retainer** |
| **The Meiburger Law Firm 1493 Chain Bridge Road, Suite 201 McLean, VA 22101** | **5/26/10** | **$5,000.00 Retainer ($4,503.50 drawn down 5/27/10 to cover fees, expenses and filing fee)** |
| **The Meiburger Law Firm 1493 Chain Bridge Road, Suite 201 McLean, VA 22101** | **6/5/10** | **$5,000.00 Retainer** |
| **The Meiburger Law Firm 1493 Chain Bridge Road, Sutie 201 McLean, VA 22101** | **6/5/10** | **$5,000.00 Retainer** |

## 10. Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

| None ☑ | b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary. |

| | NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
| --- | --- | --- | --- |

## 11. Closed financial accounts

| None ☐ | List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Morgan Stanley & Co. incorporated Harborside Financial Center 34 Exchange Place Plaza 2, 7th Floor Jersey City, NJ 07311** | **Active Assets Account, 0112, $0.00** | **$199.85 February, 2010** |

## 12. Safe deposit boxes

| None ☐ | List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |
| **BB&T** | **Patricia Symonds 6216 Kilcullen Drive McLean, VA 22101** | **Will, Insurance Papers** | |

## 13. Setoffs

| None ☑ | List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

6

## 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Curtis Symonds, Jr.<br>6216 Kilcullen Drive<br>McLean, VA 22101 | Custodial Account Number -0452, $4,000.00 | Charles Schwab |
| Curtis Symonds, Jr.<br>6216 Kilcullen Drive<br>McLean, VA 22101 | Savings Bond $5,000.00 | BB&T Safe Deposit Box |
| Demetrius,Karrington,Curtis Symonds<br>6216 Kilcullen Drive<br>McLean, VA 22101 | Baseball Cards | BB&T Safe Deposit Box |
| Karrington J. Symonds<br>1504 Lincoln Way<br>McLean, VA 22101 | Bank Account, -1920 $38.16 | Wachovia Bank |

## 15. Prior address of debtor

None
☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

7

None ☑ b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Hoop Magic, LLC | 01-0606629 | 6216 Kilcullen Drive McLean, VA 22101 | Operates sports and entertainment facility | 03/08/2002 |
| Patricia, LLC | 20-1594218 | 6216 Kilcullen Drive McLean, VA 22101 | Owns sports and entertainment facility | 02/09/2005 |
| Symonds Synergy, LLC | | 6216 Kilcullen Drive McLean, VA 22101 | Sports related entertainment | 02/28/2002 |

None ☑ b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

8

## 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Thompson, Cobb, Bazilio and Assoc.**<br>**1101 15th St., N.W., Suite 400**<br>**Washington, DC 20005** | **Tax Return Preparation**<br>**2002-2008** |

None ☑    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☑    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Access National Bank**<br>**(tax return)** | **10/01/2008** |
| **Access National Bank**<br>**(tax return)** | **10/01/2009** |
| **Business Finance Group**<br>**(tax return)** | **10/01/2008** |
| **Business Finance Group**<br>**(tax return)** | **10/01/2009** |

## 20. Inventories

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN<br>OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22.  Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23.  Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24.  Tax Consolidation Group.

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME  OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25.  Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME  OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

\* \* \* \* \* \*

10

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **6/21/2010**

Signature
of Debtor    **s/ Curtis N. Symonds**
             **Curtis N. Symonds**

Date **6/21/2010**

Signature
of Joint Debtor    **s/ Patricia M. Symonds**
(if any)           **Patricia M. Symonds**