**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| In the Matter of: | : | |
| | : | |
| CURTIS N. SYMONDS, and | : | Chapter 11 |
| PATRICIA M. SYMONDS, | : | Case No. 10-14401-RGM |
| | : | |
| Debtors. | : | |
| _____ | : | |
| ACME REAL ESTATE, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CURTIS N. SYMONDS, and | : | |
| PATRICIA M. SYMONDS, | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

THIS MATTER having come before the Court on the motion of Acme Real Estate, LLC ("Acme"), by counsel, pursuant to 11 U.S.C. 362(d), seeking relief from the automatic stay herein to permit Acme to take all actions necessary to recover possession of residential real estate owned by Acme and occupied by the Debtors herein,

AND IT APPEARING that good cause exists to terminate the automatic stay herein in order to permit Acme to take all actions necessary to recover possession of certain residential real estate situate and known as 6216 Kilcullen Drive, McLean, VA 22101 (the "Property"),

AND IT FURTHER APPEARING that good cause exists to enter an order providing for the termination of the automatic stay of 11 U.S.C. 362 with respect to the Property, it is hereby

ORDERED, that the automatic stay of 11 U.S.C. 362 is hereby terminated with respect to the Property and to the extent necessary to permit Acme to enforce its rights in the Property,

including the right to use judicial process and proceedings to aid in the recovery of possession of the Property from the Debtors herein.

Date:_____, 2010

_____
**Hon. Robert G. Mayer**
**U.S. Bankruptcy Judge**

**I Ask For This:**

/s/ Kevin M. O'Donnell_____
Kevin M. O'Donnell, VSB #30086
Bruce W. Henry, VSB #23951
Jeffery T. Martin, Jr., VSB #71860
Henry & O'Donnell, P.C.
300 N. Washington Street
Suite 204
Alexandria, VA 22314
(703) 548-2100
Counsel for Access National Bank and Acme Real Estate, LLC

**Seen and Objected To:**

/s/ Janet M. Meiburger
Janet M. Meiburger, Esq.
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
Counsel for the Symonds